# United States District Court

SOUTHERN DISTRICT OF NEW YORK

The Annuity, Pension, Welfare and Apprenticeship Skill Improvement & Safety Funds of the International Union of Operating Engineers Local 137, 137A, 137B, 137C & 137R et al.

V.

All Rock Crushing, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

JUDGE CONNER

08 CIV. 5993

TO: (Name and address of defendant)

All Rock Crushing, Inc.
465 Yorktown Road
Croton-on-Hudson, New York 10520

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BRADY McGUIRE & STEINBERG, P.C.
603 WARBURTON AVENUE
HASTINGS-ON-HUDSON, NEW YORK 10706

an answer to the complaint which is herewith served upon you, within _____Twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon
CLERK

(BY) DEPUTY CLERK

DATE 07/01/08

## AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

Index #  08 CIV. 5993                                      Purchased/Filed: July 1, 2008

State of New York                U. S. District Court            Southern New York County

The Annuity, Pension, Welfare and Apprenticeship Skill Improvement & Safety Funds, etc., et al    Plaintiff

against

All Rock Crushing, Inc.                                         Defendant

STATE OF NEW YORK        )
COUNTY OF FULTON         )  SS
CITY OF GLOVERSVILLE     )

Gerald Skinner , being duly sworn, deposes and says: deponent is over the age of twenty-one (21) years; that on  July 31, 2008 , at  8:15AM , at the office of the Secretary of State of the State of New York in the City of Albany, New York, deponent served the annexed  Summons in a Civil Case and Complaint , on  All Rock Crushing Inc.  Defendant in this action, by delivering to and leaving with  Donna Christie  AUTHORIZED AGENT in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of  40.00  dollars; that said service was made pursuant to Section 306 Business Corporation Law .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age:  35  Approx. weight:  160  Approx. Ht.:  5'6"
Sex:  Female   Color of skin:  White   Color of hair:  Blonde   Other:

Sworn to before me on this  31st  day of  July, 2008

*Tammy Skinner* (signature)
TAMMY SKINNER
NOTARY PUBLIC, State of New York
01SK6024054
May, 03 2011

*Gerald Skinner* (signature)
Gerald Skinner

Invoice•Work Order # 063562

U.S. PROCESS SERVICE INC. - 7 CENTRAL PARK AVENUE, YONKERS, NEW YORK 10705